BOYLE, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by Amelia V. Boyle against the Con-

solidated Gas Company. F. E. Fishel, for appellant. L. Semple, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.